IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS – MARSHALL DIVISION

| | |
|---|---|
| **Advanced Processor Technologies LLC** : | |
| **Plaintiff,** : | |
| v. : | Civ. No. 2:12-cv-152-JRG-RSP |
| : | **Lead Case** |
| **Atmel Corporation,** : | |
| : | **Consolidated** |
| **Defendant.** : | |

## ORDER OF DISMISSAL

Plaintiff Advanced Processor Technologies LLC ("APT") and Defendant Intervenor ARM Ltd. and ARM, Inc. (collectively "ARM") have stipulated that:

APT filed suit against Marvell Semiconductor, Inc. ("Marvell") and Zoran Corporation ("Zoran"), and ARM intervened and filed counterclaims against APT, in APT v. Analog Devices, Inc. et al, Civil Action No. 2:11-cv-19-JRG-RSP, and APT filed suit against Marvell, and ARM intervened and filed counterclaims against APT, and in APT v. Marvell Semiconductor, Inc., Civil Action No. 2:12-cv-155-JRG-RSP, which are consolidated in the above-captioned case; and

APT and ARM have settled all claims and counterclaims for relief between them in Civil Action No. 2:11-cv-19-JRG-RSP and Civil Action No. 2:12-cv-155-JRG-RSP.

APT and ARM therefore request that this Court dismiss all claims and counterclaims pending between them in Civil Action No. 2:11-cv-19-JRG-RSP and Civil Action No. 2:12-cv-155-JRG-RSP with prejudice, and with all attorneys' fees, costs of court and expenses to be borne by the party incurring same.

The Court, having considered this request, is of the opinion that the request for dismissal should be granted.

IT IS THEREFORE ORDERED that all claims and counterclaims pending between them in Civil Action No. 2:11-cv-19-JRG-RSP and Civil Action No. 2:12-cv-155-JRG-RSP with prejudice.

IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses will be borne by the party incurring same.

**SIGNED this 24th day of June, 2013.**

                                                ROY S. PAYNE
                                                UNITED STATES MAGISTRATE JUDGE